# UNITED STATES DISTRICT COURT

for the

EASTERN District of NEW YORK

BROOKLYN Division

KENT TAYLOR,

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

PALO ALTO UNIFIED SCHOOL DISTRICT.

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ______________________

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

RECEIVED
AUG 24 2026
PRO SE OFFICE

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | KENT TAYLOR |
| Street Address | P.O. BOX 12, |
| City and County | NEW YORK CITY., |
| State and Zip Code | NEW YORK, 10150-0012. |
| Telephone Number | (415) 573-6636 |
| E-mail Address | KENTTAYLOR59.KT@GMAIL.COM |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

REC'D IN PRO SE OFFICE
AUG 24 '26 PM3:00

Defendant No. 1

| | |
|---|---|
| Name | PALO ALTO UNIFIED SCHOOL DISTRICT |
| Job or Title *(if known)* | UNKNOWN |
| Street Address | 25 CHURCHILL AVENUE |
| City and County | PALO ALTO, SANTA CLARA |
| State and Zip Code | CALIFORNIA, 94306. |
| Telephone Number | (650) 329-3700 |
| E-mail Address *(if known)* | UNKNOWN |

Defendant No. 2

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* KENT TAYLOR, is a citizen of the State of *(name)* NEW YORK.

b. If the plaintiff is a corporation

The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* N/A, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* PALO ALTO UNIFIED SCHOOL DISTRICT, is incorporated under the laws of the State of *(name)* CALIFORNIA (PUBLIC ENTITY), and has its principal place of business in the State of *(name)* CALIFORNIA.

Or is incorporated under the laws of *(foreign nation)* ———,

and has its principal place of business in *(name)* THE STATE OF CALIFORNIA.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ON APROX. AUGUST 18, 2025, WHILE PLAYING BASKETBALL AT PALO ALTO HIGH SCHOOL, A STAFF MEMBER OR EMPLOYEE, FOR THE PALO ALTO UNIFIED SCHOOL DISTRICT, CALLED THE LOCAL POLICE DEPARTMENT, AND REPORTED A FALSE REPORT OF A CRIME. I WAS DETAINED BY THE POLICE, BECAUSE OF THE FALSE REPORT OF A CRIME, AS SUCH; I WAS HARMED EMOTIONALLY.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

AS A RESULT OF ALL ACTS, CONDUCT AND OMISSIONS COMMITTED UNDER THE STATE OR FEDERAL LAW, IN THE FORM OF INTENTIONAL ACTS, MALICIOUSLY, AND WILLFULLY COMMITTED AGAINST PLAINTIFF'S PERSON OR PROPERTY. PLAINTIFF HAS SUFFERED MENTAL HARM, INCLUDING BUT NOT LIMITED TO MENTAL PAIN, HAS SUFFERED NON-ECONOMIC, ECONOMIC LOSS, WHICH IS A VIOLATION OF HIS CONSTITUTIONAL RIGHTS, BOTH STATE AND FEDERAL

THESE ACTS COMMITTED, ARE A VIOLATION OF CAL. CONST. ARTICLE 1. SECTION 1 INALIENABLE RIGHTS, AND ALSO; A VIOLATION OF THE EQUAL PROTECTION CLAUSE, OF THE 14TH AMENDMENT. THE PLAINTIFF SEEKS AN ORDER OF JUDGMENT IN HIS FAVOR AND/OR AN AWARD OF DAMAGES JOINTLY AND SEVERALLY, IN AN AMOUNT NOT LESS THAN $ 80,000. AND ANY OTHER RELIEF THE COURT DEEMS APPROPRIATE AND JUST.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: AUGUST 16, 2026

Signature of Plaintiff: Kent Taylor

Printed Name of Plaintiff: KENT TAYLOR

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A

Printed Name of Attorney: ______

Bar Number: ______

Name of Law Firm: ______

Street Address: ______

State and Zip Code: ______

Telephone Number: ______

E-mail Address: ______

# EXHIBIT A

# CLAIM AGAINST THE COUNTY OF SANTA CLARA

BD.SUP.JAN12'26PM 2:00

HAND-DELIVERED

| Please submit the completed form to the Clerk of the Board of Supervisors, 70 W. Hedding St., East Wing, 10th Floor, San Jose, CA 95110<br><br>Please attach additional pages as needed. | FOR CLERK'S USE ONLY |
|---|---|

1. Claimant's full name: KENT TAYLOR ☐ Minor
2. Claimant's telephone number: 1(415)573-6636
3. Claimant's mailing address: P.O. BOX 61165, PALO ALTO, CA. 94306
4. Mailing address to which notices are to be sent, if different from 3: SAME AS ABOVE
5. Date of the incident or loss: APPROX. AUGUST 18, 2025
6. Location of the incident or loss: PALO ALTO High school
7. Describe how the incident or loss happened and the reason why you believe the County of Santa Clara is liable for your damages: EMOTIONAL DISTRESS, DISCOMFT ANNOYANCE,
8. Describe the injury, damage, or loss: EMOTIONAL DISTRESS
9. If a public employee is involved in the injury, damage, or loss, provide name if known: UNKNOWN
10. Name of witness, if any: Pending
11. If the claim is for less than $10,000, state the total amount of the claim: $ 20,000.

List the items totaling the amount of the claim:

| Item | Amount | Item | Amount |
|---|---|---|---|
| PENDING | $ 20,000. | | $ |
| | $ | | $ |

12. If the claim is for more than $10,000, is the amount over $25,000? Yes ____ No ✓

[signature] KENT TAYLOR
Signature of Claimant or Representative

01/12/2026
Date

***Any person who, with the intent to defraud, presents any false or fraudulent claim may be punished either by imprisonment or fine, or both. See section 72 of the Penal Code.***

OB01/02/11

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**

County Government Center
70 West Hedding Street
East Wing, 9th Floor
San José, California 95110-1770

(408) 299-5900
(408) 292-7240 (FAX)

Tony LoPresti
**COUNTY COUNSEL**

Kavita Narayan
**CHIEF ASSISTANT COUNTY COUNSEL**

Robert M. Coelho
Michaela L. Lewis
Steve Mitra
Elizabeth G. Pianca
Douglas M. Press
Relic Sun
Gita C. Suraj
**ASSISTANT COUNTY COUNSEL**

February 20, 2026

Kent Taylor
P.O. Box 61165
Palo Alto, California 94306

Re: Claim of Kent Taylor
Date of Loss: August 18, 2025
Board of Supervisors No.: 26-076

Dear Mr. Taylor:

You have filed a claim for an incident alleged to have occurred on or about August 18, 2025, at Palo Alto High School.

Our investigation reveals that the County of Santa Clara has no ownership, interest, duty or obligation in this matter as alleged in your claim. Palo Alto High School is part of the Palo Alto Unified School District (https://www.pausd.org/), which is a separate public entity from the County of Santa Clara. Claims directed at Palo Alto High School and its employees are not appropriately directed to the County.

Since this matter does not fall within jurisdiction of the County of Santa Clara, it is requested that you refrain from naming us in any lawsuit pertaining to the allegations presented in your claim. Please refer to California Code of Civil Procedure section 1038.

**NOTICE OF REJECTION OF CLAIM/REFRAIN FROM NAMING**

Notice is hereby given that the claim you presented on January 12, 2026, was rejected on February 20, 2026.

By this letter, the County of Santa Clara does not waive its right to assert that claimant has failed to comply with the claim presentation and statute of limitation requirements contained in the California Government Code and the California Code of Civil Procedure.

This letter shall not constitute a waiver by the County of Santa Clara of any other procedural or substantive defects of this claim.

**WARNING**

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. (See Government Code section 945.6). The six-month time limit referred to in this notice applies only to claims or causes of action, which are governed by the Government Claims Act. Additionally, the Government Claims Act contains certain exceptions.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Please be advised that, pursuant to California Code of Civil Procedure sections 128.7 and 1038, the County of Santa Clara will seek to recover all costs of defense in the event an action is filed in this matter and it is determined that the action was not brought in good faith and with reasonable cause.

Very truly yours,

TONY LOPRESTI
County Counsel

*/s/ Robin M. Wall*

ROBIN M. WALL
Lead Deputy County Counsel

RMW:gsr

# PROOF OF SERVICE BY MAIL

Re: *Claim of Kent Taylor* Board No. 26-076

I, Gina Rayer, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding Street, East Wing, 9th Floor, San José, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **NOTICE OF REJECTION OF CLAIM/REFRAIN FROM NAMING** by placing said copy in an envelope addressed to:

Kent Taylor
P.O. Box 61165
Palo Alto, California 94306

which envelope was then sealed, with postage fully prepaid thereon, on February 20, 2026, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San José, California, on the above-referenced date in the ordinary course of business; there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this declaration was executed on February 20, 2026, at San José, California.

Gina Rayer

3502023

M

**Follow up from consultation**
3 messages

**aundriea evans** <aundrieaevanslcsw@yourneighborhoodtherapistae.org>
To: kenttaylor59.kt@gmail.com

Hello Mr. Taylor
Thank you for chatting with me this morning. I sent over some forms for you to fill out. The fee for each session is $95.
My next available appointments are listed below, please let me know what times work best for you.
8/22 11a and 1pm
8/24 1pm
8/28/ 11am
8/29 11am and 1 pm

thank you
Aundriea

--

*Aundriea Evans, LSCW*

Your Neighborhood Therapist, LLC

she/her pronouns

Mental Health Therapist and Mindset Coach

Phone: (909) 363-0858

Email: aundrieaevanslcsw@yourneighborhoodtherapistae.org

***Please allow 1-2 business days for a response***

*The content of this email is confidential and intended for the recipient specified in the message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

---

**Kent Taylor** <kenttaylor59.kt@gmail.com>
To: aundrieaevanslcsw@yourneighborhoodtherapistae.org

Thank you, I will let you know.
[Quoted text hidden]

---

**aundriea evans** <aundrieaevanslcsw@yourneighborhoodtherapistae.org>
To: Kent Taylor <kenttaylor59.kt@gmail.com>

Hello Mr. Taylor,
please see my available morning times below. Please let me know if any of these work for you. -aundriea

10a on 9/5
11am on 9/6
11am on 9/7
[Quoted text hidden]
--

## *Aundriea Evans, LCSW*

[Quoted text hidden]

USMS

Log #142

JS-CAND 44 (Rev. 04-2025)

# CIVIL COVER SHEET - for people without lawyers only

See Civil Local Rule 3-2 (amended April 28, 2025), which requires the filing of a civil cover sheet only by those unrepresented by counsel.

## I. PLAINTIFF(S)

KENT TAYLOR,

County of Residence of First Listed Plaintiff: NEW YORK CITY
*Leave blank in cases where United States is plaintiff.*

Attorney or Pro Se Litigant Information *(Firm Name, Address, and Telephone Number)*
P.O. BOX 12, NEW YORK, N.Y. 10150-0012.
(415) 573-6636 KENTTAYLOR59.KT@GMAIL.COM

## DEFENDANT(S)

PALO ALTO UNIFIED SCHOOL DISTRICT,

County of Residence of First Listed Defendant: SANTA CLARA,
*Use ONLY in cases where United States is plaintiff.*

Defendant's Attorney's Name and Contact Information *(if known)*
UNKNOWN

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ U.S. Government Plaintiff
- ☑ Federal Question *(U.S. Government Not a Party)*
- ☐ U.S. Government Defendant
- ☐ Diversity

28 U.S.C., 1331.

## III. CAUSE OF ACTION

Cite the U.S. Statute under which you are filing: *(Use jurisdictional statutes only for diversity)* EQUAL PROTECTION CLAUSE, 14TH AMENDMENT.

Brief description of case: CIVIL CODE, SECTION 1714, 1708.

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury -Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury – Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☑ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities–Employment
- ☐ 446 Amer. w/Disabilities–Other
- ☐ 448 Education

EQUAL PROTECTION CLUSE, 14TH

**PRISONER PETITIONS**

HABEAS CORPUS
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

OTHER
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee– Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC § 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC § 158
- ☐ 423 Withdrawal 28 USC § 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent—Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS–Third Party 26 U.S.C. § 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC § 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

USM

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☑ Original Proceeding
- ☐ Removed from State Court
- ☐ Remanded from Appellate Court
- ☐ Reinstated or Reopened
- ☐ Transferred from Another District
- ☐ Multidistrict Litigation–Transfer
- ☐ Multidistrict Litigation–Direct File

## VI. FOR DIVERSITY CASES ONLY: CITIZENSHIP OF PRINCIPAL PARTIES

*(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

| Plaintiff | Defendant | |
|---|---|---|
| ☐ | ☐ | Citizen of California |
| ☐ | ☐ | Citizen of Another State |
| ☐ | ☐ | Citizen or Subject of a Foreign Country |
| ☐ | ☐ | Incorporated or Principal Place of Business In California |
| ☐ | ☐ | Incorporated and Principal Place of Business In Another State |
| ☐ | ☐ | Foreign Nation |

## VII. REQUESTED IN COMPLAINT

- ☑ Check if the complaint contains a **jury demand.**
- ☑ Check if the complaint contains a **monetary demand**. Amount: $ 80,000.
- ☐ Check if the complaint seeks **class action** status under Fed. R. Civ. P. 23.
- ☐ Check if the complaint seeks a **nationwide injunction** or Administrative Procedure Act vacatur.

RECEIVED
AUG 24 2026
PRO SE OFFICE

## VIII. RELATED CASE(S) OR MDL CASE

*Provide case name(s), number(s), and presiding judge(s).* N/A

## IX. DIVISIONAL ASSIGNMENT pursuant to Civil Local Rule 3-2

*(Place an "X" in One Box Only)* ☐ SAN FRANCISCO/OAKLAND ☑ SAN JOSE ☐ EUREKA-MCKINLEYVILLE

DATE AUGUST 17, 26 SIGNATURE OF ATTORNEY OR PRO SE LITIGANT [signature] Kent Taylor